Minoru M. FREUND, Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 06–3140.

United States Court of Appeals,
Federal Circuit.

Feb. 23, 2006.

ORDER

Order Vacated, See 2006 WL 1525682.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

710

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.